**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CONWAY TRANSPORTATION SERVICES** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **BETHLEHEM CORPORATION** | : | NO. 02-3149 |

## ORDER and JUDGMENT

**AND NOW,** this       day of July, 2002, upon consideration of plaintiff's Motion for Default Judgment, as it appears that defendant was served with process on May 31, 2002 and thereafter has failed timely to appear, answer or otherwise defend in this action, and the Clerk having duly entered a default herein, **IT IS HEREBY ORDERED** that said Motion is **GRANTED** and **JUDGMENT** is **ENTERED** in the above action for the plaintiff and against the defendant in the amount of $6,070.75.

                                                **BY THE COURT:**

                                                _____
                                                **JAY C. WALDMAN, J.**